UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** January 15, 2026  **Time:** 4 minutes  **Judge:** WILLIAM H. ORRICK
2:02 p.m. to 2:06 p.m.

**Case No.**: 22-cr-00071-WHO-1  **Case Name:** UNITED STATES v. Steven David Burns

**Attorney for Plaintiff:** Lloyd Farnham
**Attorney for Defendant:** Daniel P. Blank
**Defendant:** [ X ] Present   [  ] Not Present
**Defendant's Custodial Status:** [  ] In Custody  [ X ] Not in Custody

**Deputy Clerk:** Jean Davis  **Reported by:** Summer Fisher
**Interpreter:** n/a  **Probation Officer:** Timothy Davis

## PROCEEDINGS

Hearing on motion for early termination of supervised release conducted to allow the Court to communicate to Mr. Burns his pleasure with his accomplishments in the CAP program and throughout the term of supervision. Mr. Burns is encouraged to continue participation in the CAP Alumni program as often as he is able. Early termination of supervision GRANTED.